UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4032
(5:21-cr-00237-M-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANTHONY WAITER WILLIAMS, a/k/a Tone, a/k/a Tony, a/k/a Anthony Walter Williams

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to withdraw as counsel, the court denies the motion. The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and joint appendix absent a showing of extraordinary circumstances.

    Joint Appendix due: 10/14/2025

    Opening Brief due: 10/14/2025

    Response Brief due: 11/04/2025

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk